UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOCELYN BOSTON, on Behalf of All
Others Similarly Situated,

                Plaintiff,

   -against-

SLM CORP., ALBERT L. LORD, CHARLES
ELLIOT ANDREWS, JOHN F. REMONDI,
ROBERT S. AUTOR, SANDRA L. MASINO,
ANTHONY P. TERRACCIANO, ANN TORRE
BATES, WILLIAM M. DIEFENDERFER III,
DIANE SUITT GILLELAND, EARL A.
GOODE, RONALD F. HUNT, MICHAEL
MARTIN, BARRY A. MUNITZ, HOWARD
NEWMAN, A. ALEXANDER PORTER JR.,
FRANK PULEO, WOLFGANG
SCHOELLKOPF, STEVEN L. SHAPIRO,
BARRY L. WILLIAMS, JOHN DOES 1-11
(BEING CURRENT AND FORMER
MEMBERS OF THE PLAN
ADMINISTRATIVE COMMITTEE OF SLM
CORP.) and JOHN DOES 11-20 (BEING
CURRENT AND FORMER MEMBERS OF
THE PLAN INVESTMENT COMMITTEE OF
SLM CORP.),

                Defendants.
------------------------------------- x

08-CIV-4544 (WHP)

**NOTICE OF APPEARANCE**

To the Clerk this Court and All Parties of Record:

    Please enter my appearance as counsel in this case for the defendants.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 30, 2008

                                                Respectfully submitted,

                                                /s/ Edward Cerasia II
                                                Edward Cerasia II
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                101 Park Avenue
                                                New York, New York 10178
                                                Tel: 212.309.6000
                                                Fax: 212.309.6001
                                                ecerasia@morganlewis.com