**HARWOOD FEFFER LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen  (SR-3287)
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN BOSTON, on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SLM CORP., ALBERT L. LORD, CHARLES ELLIOTT ANDREWS, JOHN F. REMONDI, ROBERT S. AUTOR, SANDRA L. MASINO, ANTHONY P. TERRACCIANO, ANN TORRE BATES, WILLIAM M. DIEFENDERFER III, DIANE SUITT GILLELAND, EARL A. GOODE, RONALD F. HUNT, MICHAEL MARTIN, BARRY A. MUNITZ, HOWARD NEWMAN, A. ALEXANDER PORTER JR., FRANK PULEO, WOLFGANG SCHOELLKOPF, STEVEN L. SHAPIRO, BARRY L. WILLIAMS, JOHN DOES 1-11 (BEING CURRENT AND FORMER MEMBERS OF THE PLAN ADMINISTRATIVE COMMITTEE OF SLM CORP.) and JOHN DOES 11-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLAN INVESTMENT COMMITTEE OF SLM CORP.),<br><br>                    Defendants. | Civil Action No.: 08-cv-4544<br><br>NOTICE OF VOLUNTARY DISMISSAL |

      Plaintiff Jocelyn Boston, pursuant to FRCP 41(a)(1), hereby voluntarily dismisses the above-captioned action without prejudice and without costs.

- 2 -

Dated: New York, New York
      June 24, 2008                     Respectfully submitted

                                        **HARWOOD FEFFER LLP**

                        BY:      s/ Robert I. Harwood
                                        Robert I. Harwood (RH-3286)
                                        Samuel K. Rosen  (SR-3287)
                                        488 Madison Avenue
                                        New York, New York 10022
                                        Telephone:  (212) 935-7400
                                        Facsimile: (212) 753-3630

                                        Robert B. Weiser
                                        **THE WEISER LAW FIRM, P.C.**
                                        121 N. Wayne Avenue, Suite 100
                                        Wayne, PA 19087
                                        Telephone: (610) 225-2677
                                        Facsimile: (610) 225-2678

                                        Attorneys for Plaintiff

**HARWOOD FEFFER LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN BOSTON, on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> -against-<br><br>SLM CORP., ALBERT L. LORD, CHARLES ELLIOTT ANDREWS, JOHN F. REMONDI, ROBERT S. AUTOR, SANDRA L. MASINO, ANTHONY P. TERRACCIANO, ANN TORRE BATES, WILLIAM M. DIEFENDERFER III, DIANE SUITT GILLELAND, EARL A. GOODE, RONALD F. HUNT, MICHAEL MARTIN, BARRY A. MUNITZ, HOWARD NEWMAN, A. ALEXANDER PORTER JR., FRANK PULEO, WOLFGANG SCHOELLKOPF, STEVEN L. SHAPIRO, BARRY L. WILLIAMS, JOHN DOES 1-11 (BEING CURRENT AND FORMER MEMBERS OF THE PLAN ADMINSTRATIVE COMMITTEE OF SLM CORP.) and JOHN DOES 11-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLAN INVESTMENT COMMITTEE OF SLM CORP.),<br><br>      Defendants. | Civil Action No.: 08-cv-4544<br><br><br><br><br><br><br><br>CERTIFICATE OF SERVICE |

   I, Glenn C. Mariano, hereby certify that I am not a party to the action, am over the age of eighteen years, am employed by the law firm of Harwood Feffer LLP, attorneys for plaintiff, and that on June 24, 2008, I served the foregoing **NOTICE OF VOLUNTARY**

**DISMISSAL** in the within action, by causing a true and correct copy of same to be electronically filed with the Court.

                                                                                        Glenn C. Mariano