UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOCELYN BOSTON, on Behalf of all Others
Similarly Situated,

                              Plaintiff,

Vs

SLM CORP., et al.,

                              Defendants.

**Case No.
08CIV4544**

**AFFIDAVIT OF
SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On May 29, 2008 at 11:50 a.m. at 717 Fifth Avenue, New York, NY 10022, I served the within SUMMONS and COMPLAINT on MICHAEL MARTIN, defendant therein named, by delivering a true copy of same to MICHAEL MARTIN, personally.

The person served is a white male, gray hair, 60-70 years old, 5'7"-5'9" in height, 160-170 pounds.

                                                  Julio Delara
                                                  License No. 991178

Sworn to before me this
29th day of May 2008

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20*10*

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796