UNITED STATES DISTRICT COURT
Southern District of New York

Jocelyn Boston

Index # 08CIV4544

*against*

Robert S. Autor

Affidavit of Service

I, Steve Ferguson being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Indianapolis, Indiana.

That on **June 7, 2008** at **10:35 AM**, deponent served the within named **Summons and Complaint** upon **Robert S. Autor**, therein named. Said service was effected at **10394 Windemere, Carmel, IN 46032**, in the following manner;

By delivering thereat a true copy of each to **Robert S. Autor** personally; deponent knew said person so served to be the person described as said **Robert S. Autor** therein.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Steve Ferguson,   Process Server