# AFFIDAVIT OF PROCESS SERVER

## United States District Court                     State of New York

**Jocelyn Boston, on Behalf of All Others Similarly Situated**          Attorney:

    Plaintiff                                              Harwood Feffer LLP
                                                        488 Madison Ave.
vs.                                                     New York, NY. 10022

**SLM Corp., et al**

    Defendant


**Case Number:** 08 CIV 4544


Legal documents received by Legal Ease Inc, on May 29th, 2008 at 10:00 AM to be served upon **Charles Elliot Andrews at 2020 Spring Branch Dr., Vienna, VA. 22181**

I, B. Tony Snesko, swear and affirm that on **May 29th, 2008 at 2:30 PM**, I did the following:

**Substitute** served **Charles Elliot Andrews** by leaving a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Complaint** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Jean Andrews, co-tenant & wife** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 55   Height: 5'3   Weight: 125   Skin Color: white   Hair Color: blond   Glasses: N

**Supplemental Data Appropriate to this Service:**
On 06/02/2008, a copy of the documents was sent to the defendant at the above address, via first-class mail. The envelope containing the documents was marked "Personal & Confidential" and was mailed from Washington, DC.


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____                    District of Columbia: SS
**B. Tony Snesko**                                  Subscribed and Sworn to before me,
Process Server                                      this 2nd day of JUNE 2008

**Legal Ease Inc,**
139 Fulton St.                                      _____
New York, NY 10038                                  Michael Molash, Notary Public, D.C.
                                                    My commission expires July 14, 2012
**(212) 393-9070**

Internal Job ID: 0000009972

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.