# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**Jocelyn Boston, on Behalf of All Others Similarly Situated**

    Plaintiff

vs.

**SLM Corp., et al**

    Defendant

Attorney:

Harwood Feffer LLP
488 Madison Ave.
New York, NY. 10022

**Case Number:** 08 CIV 4544

Legal documents received by Legal Ease Inc, on May 29th, 2008 at 10:00 AM to be served upon **John F. Remondi, c/o SLM Corp. at 12061 Bluemont Way, Reston, VA. 20190**

I, B. Tony Snesko, swear and affirm that on **May 29th, 2008 at 2:10 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Complaint** at the within named person's usual place of business, to a person in charge therein who is at least 18 years of age or older to wit: **Virginia Johnstone, Authorized Agent With General Counsel** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4"   Weight: 120   Skin Color: white   Hair Color: Dark   Glasses: N

**Supplemental Data Appropriate to this Service:**
On 06/02/2008, a copy of the documents was sent to the defendant at the above address, via first-class mail. The envelope containing the documents was marked "Personal & Confidential" and was mailed from Washington, DC.

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

Legal Ease Inc,
139 Fulton St.
New York, NY 10038

(212) 393-9070

Internal Job ID: 0000009959

District of Columbia: SS
Subscribed and Sworn to before me, this 2 day of June 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.