# AFFIDAVIT OF PROCESS SERVER

United States District Court                                State of New York

**Jocelyn Boston, on Behalf of All Others Similarly Situated**                Attorney:

    Plaintiff

vs.

Harwood Feffer LLP
488 Madison Ave.
New York, NY. 10022

**SLM Corp., et al**

    Defendant

**Case Number:** 08 CIV 4544

Legal documents received by Legal Ease Inc, on May 29th, 2008 at 10:00 AM to be served upon **Ann Torre Bates, c/o SLM Corp. at 12061 Bluemont Way, Reston, VA. 20190**

I, B. Tony Snesko, swear and affirm that on **May 29th, 2008 at 2:10 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Complaint** at the within named person's usual place of business, to a person in charge therein who is at least 18 years of age or older to wit: **Virginia Johnstone, Authorized Agent With General Counsel** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4"   Weight: 120   Skin Color: white   Hair Color: Dark   Glasses: N

**Supplemental Data Appropriate to this Service:**
On 06/02/2008, a copy of the documents was sent to the defendant at the above address, via first-class mail. The envelope containing the documents was marked "Personal & Confidential" and was mailed from Washington, DC.

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Legal Ease Inc,
139 Fulton St.
New York, NY 10038

(212) 393-9070

Internal Job ID: 0000009962

District of Columbia: SS
Subscribed and Sworn to before me,
this 2nd day of June, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.