# Affidavit of Process Server

US District Court for the Souther District of New York
Name of Court

08 CIV 4544
Case Number

Jocelyn Boston         vs.    SLM Corp, et. al.
Plaintiff                          Defendant

I, __Steve Nau__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to the above entitled action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Frank Puleo__

with __Summons and Complaint__

by leaving with _____ at _____
                    Name                      Relationship

☐ Residence  ☐ Business  _____
                          Address of Service

On _____ at _____
   Date        Time

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person / entity being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household of a suitable age.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person / entity being served with the person apparently in charge thereof.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person / entity being served for the following reason(s):
☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant
☐ Unable to Serve in Timely Fashion  ☐ Address Does Not Exist
☒ Other: __Security won't let us in. 06-06-08 Security states, doesn't li__[?]

**Service Attempts:** Service was attempted on: (1) __052908__ __1657 (4:57pm)__
                                                      Date      Time
(2) __060408__ __9:45 Am__ (3) __060608__ __9:18 pm__
    Date       Time           Date       Time

__06/18/08__
Date

_Signature of Process Server_

**Notary Public**
Subscribed and sworn to before me this __18__ day of __June__, 20__08__

_Signature of Notary_
My commission expires: __7/30/10__

NOTARY PUBLIC
CRYSTAL ROBKER
7181 S. CAMPUS VIEW DR
WEST JORDAN, UTAH 84084
COMMISSION EXPIRES
JULY 30, 2010
STATE OF UTAH

(This space provided for notary stamp, if required.)

**Tinsley Investigative Services, Inc.**
P.O. Box 1884, Orem, UT 84059 - Phone: 801-222-0887 Fax: 801-222-0980