**HARWOOD FEFFER LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOCELYN BOSTON, on Behalf of All Others Similarly Situated,

             Plaintiff,

-against-

SLM CORP., ALBERT L. LORD, CHARLES ELLIOTT ANDREWS, JOHN F. REMONDI, ROBERT S. AUTOR, SANDRA L. MASINO, ANTHONY P. TERRACCIANO, ANN TORRE BATES, WILLIAM M. DIEFENDERFER III, DIANE SUITT GILLELAND, EARL A. GOODE, RONALD F. HUNT, MICHAEL MARTIN, BARRY A. MUNITZ, HOWARD NEWMAN, A. ALEXANDER PORTER JR., FRANK PULEO, WOLFGANG SCHOELLKOPF, STEVEN L. SHAPIRO, BARRY L. WILLIAMS, JOHN DOES 1-11 (BEING CURRENT AND FORMER MEMBERS OF THE PLAN ADMINISTRATIVE COMMITTEE OF SLM CORP.) and JOHN DOES 11-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLAN INVESTMENT COMMITTEE OF SLM CORP.),

             Defendants.

Civil Action No.: 08-cv-4544

NOTICE OF VOLUNTARY DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

---

    Plaintiff Jocelyn Boston, pursuant to FRCP 41(a)(1), hereby voluntarily dismisses the above-captioned action without prejudice and without costs.

                               SO ORDERED:

                               WILLIAM H. PAULEY III U.S.D.J.

                               7/14/08

Dated: New York, New York  
      June 24, 2008                       Respectfully submitted

                                      **HARWOOD FEFFER LLP**

                      BY:       s/ Robert I. Harwood  
                                      Robert I. Harwood (RH-3286)  
                                      Samuel K. Rosen (SR-3287)  
                                      488 Madison Avenue  
                                      New York, New York 10022  
                                      Telephone: (212) 935-7400  
                                      Facsimile: (212) 753-3630

                                      Robert B. Weiser  
                                      **THE WEISER LAW FIRM, P.C.**  
                                      121 N. Wayne Avenue, Suite 100  
                                      Wayne, PA 19087  
                                      Telephone: (610) 225-2677  
                                      Facsimile: (610) 225-2678

                                      Attorneys for Plaintiff